ACCEPTED
04-15-00182-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/1/2015 3:03:39 PM
KEITH HOTTLE
CLERK

# IN THE COURT OF APPEALS
## FOR THE FOURTH APPELLATE DISTRICT
## AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

6/1/2015 3:03:39 PM

KEITH E. HOTTLE
Clerk

Ex Parte, JUAN TORRES
    APPELLANT

VS.

The State of Texas
    APPELLEE

**CAUSE NO.**
**04-15-00182-CR**

## ADVISORY TO THE COURT

Counsel for Appellant, Juan Torres has yet to receive Findings of Fact and Conclusions of Law from the 38th Judicial District Court. An online search of the Fourth Court Website, does not show the receipt of such filing from the 38th Judicial District Court. Appellant's brief is incomplete without such Findings.

Respectfully submitted,

Roy R. Barrera, Sr.
SBOT 01808000

NICHOLAS AND BARRERA, PC
424 E. Nueva Street
San Antonio, Texas 78205
(210) 224-5811
(210) 224-5890